```
JOSEPH SCHLESINGER, Bar #87692
Acting Federal Defender
FRANCINE ZEPEDA, Bar #091175
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
NATHANIEL JONES
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>NATHANIEL JONES,<br><br>   *Defendant.* | NO.  1:92-cr-05264 LJO<br><br>STIPULATION TO MOVE DISPOSITIONAL HEARING ON SUPERVISED RELEASE VIOLATION; ORDER<br><br>Date:  April 8, 2013<br>Time:  10:00 A.M.<br>Judge: Hon. Lawrence J. O'Neill |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel of record herein, that the Dispositional hearing in the above captioned matter, now scheduled for 10:00 A.M. on March 25, 2013 before The Honorable Lawrence J. O'Neill **may be moved to April 8, 2013 at 10:00 A.M.**

This request is made by the United States Probation Officer.  Assistant United States Attorney Laurel J. Montoya is not opposed to this request.

 										BENJAMIN B. WAGNER
 										United States Attorney

DATED: March 14, 2013				By   /s/ *Laurel J. Montoya*
 										LAUREL J. MONTOYA
 										Assistant United States Attorney
 										Attorney for Plaintiff

JOSEPH SCHLESINGER
Acting Federal Defender

DATED: March 14, 2013          By  /s/ *Francine Zepeda*
                                   FRANCINE ZEPEDA
                                   Assistant Federal Defender
                                   Attorney for Defendant
                                   NATHANIEL JONES

**ORDER**

For good cause shown, the dispositional hearing in the above-captioned matter is hereby moved to April 8, 2013, at 10:00 A.M.

IT IS SO ORDERED.

**Dated:   March 14, 2013**          /s/  Lawrence J. O'Neill
                                     UNITED STATES DISTRICT JUDGE

Stipulation to Dispositional Hearing;
[Proposed] Order                       -2-